IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Reba Simone Paul,                                    Case No: 23-20846-13

       Debtor.

## CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

**COMES NOW** the Chapter 13 Trustee, W. H. Griffin and for his Objection to Debtor's Motion to Extend the Automatic Stay hereby states and alleges as follows:

1. The debtor's prior Chapter 13 case, Case No. 22-21172, was filed on December 1, 2022. Debtor's first plan payment of $24,500 was due within 30 days of filing, December 31, 2022.
2. The First Meeting of Creditors was originally scheduled for January 5, 2023, but was continued to February 8, 2023, due to the debtor being out of town. At the meeting held on February 8, 2023, the debtor appeared and stated that she misunderstood when her first payment was due because the date of the meeting had changed. The debtor stated that she would send a payment right away and that she was holding onto money for that purpose.
3. On March 7, 2023, the Trustee had not received a Plan payment from the debtor and filed a Motion to Dismiss, Doc. 33. At that time the default was $49,000.00.
4. The Trustee received two checks from the debtor on March 22, 2023, in the amounts of $9,800 and $10,000. However, both checks were returned. Check #12595 for $10,000 was returned as stale due to it being dated March 20, 202**2**. Check #1244 for $9,800, also dated March 20, 2022, was returned for insufficient funds the first time it was run through by the bank but ended up being rejected as stale dated as well.
5. On March 27, 2023, the debtor filed a Response to the Trustee's Motion to Dismiss (Doc. 40) advising that she would "remit the collected rent amount of $27,486 to the Trustee immediately" and pay the remaining delinquency over the following six months.
6. The case was dismissed by Order of the Court on July 7, 2023, Doc. 48.

7. The debtor's Motion to Extend the Automatic Stay (Doc. 10) filed on July 28, 2023, states in Paragraph two: "Contemporaneously with the filing of this motion, Debtor has mailed a payment to the Trustee". No payment has been received as of August 8, 2023.

8. The only payments received by the Trustee during the seven months that her prior case was open were returned. To date, the debtor has not submitted a single payment in this current case and no electronic payments are pending. Due to these reasons, the Trustee lacks the confidence that she will be able to make ongoing Plan payments.

9. The Trustee believes that the debtor is abusing the bankruptcy system. She has not in good faith attempted to make her Chapter 13 Plan payments and according to Proof of Claim 4-1, filed by the Internal Revenue Service on August 3, 2023, the debtor owes a total amount of $547,229.68. Of that amount, $509,676.55 is secured while the remaining $37,553.13 is unsecured.

10. The Trustee believes that if the Court extends the automatic stay, the debtor should be required to make her Plan payment in full each month by the 30th of the month or the case can be dismissed without further notice or hearing.

**WHEREFORE,** the Trustee hereby requests that the Court deny the debtor's Motion to Extend the Automatic Stay (Doc. 10) and for such other and further relief as the Court deems just and equitable under the circumstances.

Dated: August 8, 2023

Respectfully submitted by:

s/W. H. Griffin, Chapter 13 Trustee

_____
W. H. GRIFFIN, #08060, TRUSTEE
5115 Roe Blvd., Ste. 200
Roeland Park, Kansas 66205
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

      I, the undersigned, hereby certify that a true and correct copy of the foregoing Objection to the Debtor's Motion to Extend the Automatic Stay was filed electronically on August 8, 2023, using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and shall be served by U.S. Mail, First Class, postage prepaid, to:

Reba Simone Paul
1801 E. Stratford Rd.
Olathe, KS 66062

Skinner Law LLC
100 E. Park St., Ste. 205
Olathe, KS 66061

                        Respectfully submitted by:
                        s/W. H. Griffin, Chapter 13 Trustee

                        _____
                        W. H. GRIFFIN, #08060, TRUSTEE
                        5115 Roe Blvd., Ste. 200
                        Roeland Park, Kansas 66205
                        (913) 677-1311
                        (913) 432-7857 (Fax)
                        inquiries@13trusteekc.com