**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 31st day of January, 2024.**



_____

Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

Reba Simone Paul
SSN: XXX-XX-5401

Debtor                    Case No: 23-20846-13

### CHAPTER 13 TRUSTEE'S ORDER OF DISMISSAL

**NOW,** at Kansas City, KS comes before the Court the above captioned matter. After reviewing the file, and being duly advised, the Court finds the above captioned case should be dismissed for the following reason(s):

The Debtor failed to remit $50,000.00 in certified funds by January 26. 2024, as instructed by the Court on January 16, 2024.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED the above captioned matter is dismissed WITHOUT prejudice.

Date: January 29, 2024

\###

Prepared by:

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com